## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD O'REGAN and ANA VIQUEZ, as Parents and Natural Guardians of L.O., <br><br> *Plaintiff,* <br><br> v. <br><br> CENTRAL BUCKS SCHOOL DISTRICT, <br><br> *Defendant.* | CIVIL ACTION <br> NO. 24-6437 |

## **ORDER**

**AND NOW**, this 17th day of January, 2025, upon consideration of Plaintiffs' Emergency Motion for a Preliminary Injunction (ECF No. 3), Defendant's Response in Opposition (ECF No. 16), Plaintiffs' Reply in Support (ECF No. 17) and after an evidentiary hearing (ECF No. 22), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.